RUDOLPH TECHNOLOGIES,
INC., Plaintiff–Appellee

v.

CAMTEK, LTD., Defendant–Appellant.

No. 2015–1434.

United States Court of Appeals,
Federal Circuit.

Feb. 3, 2016.

Daniel W. McDonald, Merchant & Gould P.C., Minneapolis, MN, argued for plaintiff-appellee. Also represented by Rachel C. Hughey, Michael A. Erbele.

Daniel Howard Bromberg, Quinn Emanuel Urquhart & Sullivan, LLP, Redwood Shores, CA, argued for defendant-appellant. Also represented by Claude M. Stern; David Leon Bilsker, San Francisco, CA.

MOORE, O'MALLEY, and WALLACH, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.